UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY IVIE,

    Plaintiff,

vs.                                                 Case No. 8:14-cv-00947-T-27AEP

SANTANDER CONSUMER USA INC.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant Santander Consumer USA Inc.'s Motion to Stay Action and Compel Arbitration or in the Alternative Dismiss Action (Dkt. 8), which Plaintiff opposes (Dkt. 18). Notably, at no point does Plaintiff contend that he did not agree to arbitrate this dispute or that the dispute does not fall within the scope of the arbitration provision. His argument that the arbitration provision is unenforceable because he faxed, rather than mailed, the document after signing it is unpersuasive. Federal law favors arbitration, and the motion clearly demonstrates that the parties actually agreed to arbitrate this dispute. *Dean Witter Reynolds, Inc. v. Byrd*, 470 U.S. 213, 221 (1985); *John B. Goodman Ltd. P'ship v. THF Constr., Inc.*, 321 F.3d 1094, 1095 (11th Cir. 2003). Accordingly, the motion (Dkt. 8) is **GRANTED**. This case is **DISMISSED** *without prejudice*, and the parties are directed to arbitration in accordance with the arbitration provision (Dkt. 8-2 at 2, 4). The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 14th day of August, 2014.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to: Counsel of Record

1